IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA MUNIZ,<br><br>                Plaintiff,<br><br>v.<br><br>AEROVIAS DE MEXICO S.A. DE C.V., a foreign corporation, dba AEROMEXICO; and AEROLITORAL S.A. DE C.V., a foreign corporation, dba AEROMEXICO CONNECT,<br><br>                Defendants. | Case No. 1:19-cv-00233<br><br>Hon. Harry D. Leinenweber |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Stipulation of the Parties submitted concurrently herewith,

**IT IS HEREBY ORDERED** that Case No. 1:19-cv-00233 is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated: 5/17/2021

_____
Honorable Harry D. Leinenweber
United States District Judge